

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

October 28, 2020

**KEEGAN B. SAPP**
ASSOCIATE
(516) 357-3220
Keegan.Sapp@rivkin.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020
```

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

> *This request is GRANTED. The parties shall appear for the Initial Conference on December 17, 2020 at 2:30 PM. They shall file the joint letter and proposed Case Management Plan by December 10, 2020.*
>
> Date: October 28, 2020          /s/ Mary Kay Vyskocil
> New York, New York              Mary Kay Vyskocil
>                                 United States District Judge

Re: <u>Norris v. Pizza on Stone LLC</u>
    <u>Docket No.: 1:20-cv-06094-MKV</u>

Your Honor:

    The law firm of Rivkin Radler, LLP is counsel to Pizza on Stone LLC ("Defendant") in connection with the above-referenced action.

    I write pursuant to Your Honor's Individual Practices, Section 2.G. to respectfully request an adjournment of the preliminary conference currently scheduled for November 5, 2020 and an extension of time to submit a joint letter and case management plan currently due on October 29, 2020. The reason for this extension is that this firm has recently been retained to represent Defendant Pizza on Stone LLC and the additional time will afford us the opportunity to obtain and review pertinent information, investigate the claims, and for the Parties to discuss the allegations together before expending additional resources to litigate and appear for the initial conference.

    Accordingly, the Parties respectfully request, that the joint letter and case management plan currently due on October 29, 2020 be extended to and include November 29, 2020 and that the preliminary conference be adjourned to a date thereafter that is convenient for the Court. There have been no previous requests to extend the time to submit the joint letter and case management plan or to adjourn the preliminary conference and I write with consent of all counsel.

    .

Respectfully submitted,

RIVKIN RADLER LLP

/s/

Keegan B. Sapp

cc: All counsel (by ECF)

5006816.v1