

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/14/2020__
```

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

December 8, 2020

**KEEGAN B. SAPP**
ASSOCIATE
(516) 357-3220
Keegan.Sapp@rivkin.com

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

> This request is GRANTED IN PART. The parties shall appear for the IPTC on January 14, 2021 at 2:00 PM. They shall submit their joint letter and proposed Case Management Plan by January 7, 2021.
>
> Date: Dec. 14, 2020
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

Re:   Norris v. Pizza on Stone, LLC. et al,
      Docket No.: 1:20-cv-06094-MKV

Your Honor:

The law firm of Rivkin Radler, LLP is counsel to Pizza on the Stone LLC ("Defendant") in connection with the above-referenced action.

I write pursuant to Your Honor's Individual Practices, Section 2.G. to respectfully request that the due date for the joint letter and Case Management Plan be extended from December 10, 2020 to January 10, 2021, and that the preliminary conference currently scheduled for December 17, 2020 be adjourned to January 17, 2021.

The reason for this extension is that counsel for all parties have engaged in settlement discussions, and we have reached a settlement in principle. A settlement agreement has been drafted and is now under review. These extensions will afford us an opportunity to complete our review of the proposed settlement agreement without expending additional time and resources to draft a Case Management Plan and to appear at the preliminary conference. Taking into account the upcoming holidays, the undersigned, with the consent of Plaintiff's counsel, respectfully requests a 30-day extension of time to submit the joint letter and Case Management Plan, to and including January 10, 2021, and further requests that the preliminary conference be adjourned to January 17, 2021 or to such date, thereafter, that is convenient to the Court.

The Court may wish to take notice that this is the second request to extend the time to submit the joint letter and Case Management Plan and to adjourn the preliminary conference. These extensions of time will not affect any other scheduled dates.

Respectfully submitted,

RIVKIN RADLER LLP

By:  /s/ Keegan B. Sapp

cc: All counsel (by ECF)

5058688.v1